**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| MOORE, FRANCESCO | § | Case No. 11-00805 |
| MOORE, ELISA M | § § § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MIRIAM R. STEIN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
UNITED STATES BANKRUPTCY COURT
219 SOUTH DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 03/30/2012 in Courtroom B,
Park City Branch Court
301 Greenleaf Avenue
Park City, Illinois 60085-5725
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/12/2011          By: /s/ Miriam R. Stein
                                         Chapter 7 Trustee


MIRIAM R. STEIN
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL 60606

UST Form 101-7-NFR (5/1/2011) (Page: 1)

```
                        United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                        Case No. 11-00805-ABG
Francesco Moore                                               Chapter 7
Elisa M Moore
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cmendoza1             Page 1 of 4                   Date Rcvd: Dec 13, 2011
                              Form ID: pdf006             Total Noticed: 86


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2011.
db/jdb        +Francesco Moore,    Elisa M Moore,    903 Driscoll Ct,    Highland Park, IL 60035-3631
16782800      +AT&T Bankruptcy,    PO Box 769,    Arlington, TX 76004-0769
16782801      +AT&TCingular Wireless,    PO Box 8212,    Aurora, IL 60572-8212
16782794       Accelerated Rehab Center,    2396 Momentum Place,    Chicago, IL 60689-5323
16654051      +AmerAssist A/R Solutions, Inc,    PO Box 26095,    Columbus, OH 43226-0095
16782796      +American Marketing & Publishing,    PO Box 982,    Dekalb, IL 60115-0982
16782797      +Anagnos Door Co Inc,    7600 S. Archer Ave,    Justice, IL 60458-1144
16782799      +Arnold Scott Harris, P.C.,    222 Merchandise Mart, Suite 1932,    Chicago, IL 60654-1420
16782802      +Brennan & Clark, Ltd.,    721 E. Madison, Ste. 200,    Villa Park, IL 60181-3083
16654053      +Bridie McKennas Highwood, LLC,    254 Greenbay Road,    Highwood, IL 60040-1720
16654054      +Bridies McKennas Highwood, LLC,    254 Greenbay Road,    Highwood, IL 60040-1720
16782808      +CMI Legal Forwarding Division,    PO Box 28851,    Philadelphia, PA 19151-0851
16782805      +Castino Services,    2820 Old Willow Rd.,    Northbrook, IL 60062-6802
16782807      +City of Highland Park,    1707 St. Johns Avenue,    Highland Park, IL 60035-3593
16654056      +Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
16782811      +Complete Orthopaedic Care,    100 Village Green Drive,    Ste 120,    Lincolnshire, IL 60069-3095
16782812      +Country Insurance & Financial Services,    PO Box 2100,    Bloomington, IL 61702-2100
16782814       Credit Protection Association,    PO Box 802068,    Dallas, TX 75380-2068
16782815      +D Scott Carruthers,    8448 Katella Ave Suite 100,    Stanton, CA 90680-3215
16654057      +DDS Real Estate,    425 HUEHL RD BLDG 21,    NORTHBROOK, IL 60062-2322
17358248      +DDS Real Estate, LLC,    321 N Clark St Suite 800,    Chicago, IL 60654-4766
16782817      +Dean M. Schacht DDS,    1160 Park Ave West,    ste 6e,    Highland Park, IL 60035-2271
16782818      +Diambri & Caravello,    300 Green Bay Rd,    Highwood, IL 60040-1305
16654060      #+Diversified Services Group,    5800 E. Thomas Rd Ste 107,    Scottsdale, AZ 85251-7510
16782822      +Dr. Star,   1160 Park Ave W,    suite 3e,    Highland Park, IL 60035-2271
16782825      +Gerald W. Saperstein,    555 Skokie Blvd,    Ste 500,    Northbrook, IL 60062-2845
16782826      +Highland Park,    PO Box 1368,    Elmhurst, IL 60126-8368
17504922      +Highland Park Pediatric,    c/o Dennis A. Brebner & Associates,    860 S. Northpoint Blvd.,
                Waukegan, IL 60085-8211
16654062      +Highland Park Pediatric,    c/o R&B,    860 S. Northpoint Blvd,    Waukegan, IL 60085-8211
16782828      +HomePages,    PO Box 801,    Dekalb, IL 60115-0801
17489139       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL  60664-0338
16782831       Illinois State Toll Highway Authority,    P.O.Box 5201,    Lisle, IL 60532-5201
16782832      +Illinois Tollway,    2700 Ogden Avenue,    Downers Grove, IL 60515-1703
16654064       Internal Revenue Service SB/SE,    PO Box 7346,    Philadelphia, PA 19101-7346
16654065      +James Kane,    254 Greenbay Road,    Hignwood, IL 60040-1720
16782835      +Lefty’s Automotive,    5628 N Elston Ave,    Chicago, IL 60646-6537
16654066      +Litton Loan Servicing,    c/o McCalla Raymer, LLC,    Bankruptcy Dept.,    1544 Old Alabama Rd.,
                Roswell, GA 30076-2102
16782837      +Lou Harris & Co.,    613 Academy Dr.,    Northbrook, IL 60062-2420
16782838      +M.H. Cohen,    PO Box 636,    Morton Grove, IL 60053-0636
16654067       Martin & Karcazes, LTD,    161 North Clark St,    Highwood, IL 60040
16654068       Medical Business Bureau,    140 Renaissance Drive, Ste. 400,    Park Ridge, IL 60068
16782841      +Michael D Benson MD,    720 Osterman Suite 205,    Deerfield, IL 60015-4339
16782843       Municipal Recovery Services, Inc.,    PO Box 1101,    Huntley, IL  60142-1101
16654070      +NCO Fin/09,    Po Box 15636,    Wilmington, DE 19850-5636
16654071      +NCO Financial,    400 Lakeside Dr. , Ste. 200,    Horsham, PA 19044-2317
16782846      +NCO Financial Systems Inc.,    PO Box 17196,    Baltimore, MD 21297-1196
16782847      +North Shore Ear, Nose, and Throat,    1160 Park Ave W.,    ste 4 North,
                Highland Park, IL 60035-2230
16782848       Northshore Univresity Health System,    9851 Eagle Way,    Chicago, IL 60678-0001
16782849      +O’Brill Company,    6626 N. Milwaukee Ave,    Niles, IL 60714-4495
16782850      +Olson, Grabill, & Flitcraft,    707 Skokie Blvd,    Ste 420,    Northbrook, IL 60062-2839
16782851      +Pasquesi & Son Inc.,    2086 First St.,    Highland Park, IL 60035-2406
16654072      +Paul DiAmbri,    300 Green Bay Rd,    Highwood, IL 60040-1305
16654073      +Paul O’ Keefe,    32 N. West Street,    Waukegan, IL 60085-8126
17508412       Penco Electric,    c/o Law Offices of M. H. Cohon,    PO Box 636,    Morton Grove, IL 60053-0636
16654075      #+Penco Electric, Inc,    6342 W. Holbrook,    Chicago, IL 60646-4607
16782856      #+Penco Electric, Inc,    6342 W. Holbrook,    Chicago, IL 60646-4607,    Attn:Paul Thomas
16654074       Penco Electric, Inc,    c/o Bruce N. Wamboldt,    Morton Grove, IL 60053
16654076      +Plaza Bank,    7460 W. Irving Park,    Chicago, IL 60706-2187
16654077      +R&B Receivables,    860 Northpoint Blvd,    Waukegan, IL 60085-8201
16654078      +RJA Instuation Co Inc,    c/o Gerald W. Saperstein,    4801 W Peterson,    Chicago, IL 60646-5713
16782862      +RMC PATHLOGY ASSOCIATES,    520E. 22ND ST,    Lombard, IL 60148-6110
16782859      +Rauch-Milliken International, Inc.,    PO Box 8390,    Metairie, LA 70011-8390
16782860      +Regent Asset management,    7290 Samuel Drive, Suite 300,    Denver, CO 80221-2790
16782863      +Schiffman & Jacobs,    660 LaSalle Place,    Ste 100,    Highland Park, IL 60035-3575
16782864      +Schuham Builders Supply,    4640 N Elston Ave,    Chicago, IL 60630-4229
16654079      +Scott Offer,    254 Greenbay Road,    Highwood, IL 60040-1720
16654080      +Seamus Kavanagn,    254 Greenbay Road,    Highwood, IL 60040-1720
16654081      +Shaw Gussis Fishman Glantz,    321 North Clark Suite 800,    Chicago, IL 60654-4766
16782868      +Signs Now,    716 Central Ave,    Highland Park, IL 60035-3294
16782869      +Southwest Drywall Co.,    8125 S. Grant Hwy,    Marengo, IL 60152-9444
```

```
District/off: 0752-1          User: cmendoza1              Page 2 of 4                   Date Rcvd: Dec 13, 2011
                              Form ID: pdf006              Total Noticed: 86

16654082      State of Illinois Department of Revenue,    P.O Box 19035,   Springfield, IL 62794-9035
17504919     +Swedish American Hospital,    c/o Dennis A. Brebner & Associates,    860 S. Northpoint Blvd.,
              Waukegan, IL 60085-8211
16782874    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    PO Box 6345,   Fargo, ND 58125-6345)
16782873     +Uropartners LLC,    3183 Paysphere Circle,    Chicago, IL 60674-0001
16782875     +Van Ru Credit Corporation,    1350 E. Touhy Ave, Ste. 300E,    Des Plaines, IL 60018-3342
16782876     +Village of Norridge,    4000 N. Olcott,    Norridge, IL 60706-1199
16782877      Weil Foot & Ankel Institute,    1455 E. Golf Road Suitee 110,    Des Plaines, IL 60016-1253

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16654052     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Dec 14 2011 04:06:20      Armor Systems Co.,
              1700 Kiefer Dr., Ste. 1,    Zion, IL 60099-5105
16782810     +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Dec 14 2011 05:17:04      COMCAST,
              155 Indusrial Lane,    Elmhurst, IL 60126-1618
16654055     +E-mail/Text: contact@csicollects.com Dec 14 2011 04:06:33      Certified Services,
              1733 Washington St. Ste. 201,    Waukegan, IL 60085-5192
16782813     +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 14 2011 04:06:20
              Credit Collection Services,    Two Wells Ave,   Newton Center, MA 02459-3246
16654058     +E-mail/Text: KGRAUGNARD@DCSCOLLECT.COM Dec 14 2011 04:06:34      Diversified Credit Systems,
              PO Box 3424,   Longview, TX 75606-3424
16782824      E-mail/Text: exf@tir.com Dec 14 2011 05:18:16     Executive Financial Company,    PO Box 1168,
              Flint, MI  48501-1168
16782829     +E-mail/Text: Bankruptcy@icsystem.com Dec 14 2011 05:18:05      I.C. System, Inc,
              444 Highway 96 East, Box 64378,    St. Paul, MN 55127-2557
16654063     +E-mail/Text: Bankruptcy@icsystem.com Dec 14 2011 05:18:05      IC System, Inc.,
              444 Highway 96 East,    Saint Paul, MN 55127-2557
16654064      E-mail/Text: cio.bncmail@irs.gov Dec 14 2011 03:48:29     Internal Revenue Service SB/SE,
              PO Box 7346,   Philadelphia, PA 19101-7346
16654069     +E-mail/Text: mmrgbk@miramedrg.com Dec 14 2011 05:18:11      MiraMed Revenue Group,   Dept. 77304,
              PO Box 77000,   Detroit, MI 48277-2000
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16654061      Elisa Moore,   Same as debtor
16782823      Elisa Moore,   Same as debtor
16782795*    +AmerAssist A/R Solutions, Inc,    PO Box 26095,   Columbus, OH 43226-0095
16782798*    +Armor Systems Co.,    1700 Kiefer Dr., Ste. 1,    Zion, IL 60099-5105
16782803*    +Bridie McKennas Highwood, LLC,    254 Greenbay Road,   Highwood, IL 60040-1720
16782804*    +Bridies McKennas Highwood, LLC,    254 Greenbay Road,   Highwood, IL 60040-1720
16782806*    +Certified Services,    1733 Washington St. Ste. 201,   Waukegan, IL 60085-5192
16782809*    +Comcast,   PO Box 3002,    Southeastern, PA  19398-3002
16782816*    +DDS Real Estate,    425 HUEHL RD BLDG 21,   NORTHBROOK, IL 60062-2322
16782819*    +Diversified Credit Systems,    PO Box 3424,   Longview, TX 75606-3424
16782820*    +Diversified Services Group,    PO Box 80185,   Phoenix, AZ 85060-0185
16782821*    +Diversified Services Group,    5800 E. Thomas Rd Ste 107,   Scottsdale, AZ 85251-7510
16782827*    +Highland Park Pediatric,    c/o R&B,   860 S. Northpoint Blvd,   Waukegan, IL 60085-8211
16782830*    +IC System, Inc.,    444 Highway 96 East,   Saint Paul, MN 55127-2557
16782833*     Internal Revenue Service SB/SE,    PO Box 7346,   Philadelphia, PA 19101-7346
16782834*    +James Kane,    254 Greenbay Road,   Hignwood, IL 60040-1720
16782836*    +Litton Loan Servicing,    c/o McCalla Raymer, LLC,   Bankruptcy Dept.,   1544 Old Alabama Rd.,
              Roswell, GA 30076-2102
16782839*     Martin & Karcazes, LTD,    161 North Clark St,   Highwood, IL 60040
16782840*     Medical Business Bureau,    140 Renaissance Drive, Ste. 400,   Park Ridge, IL 60068
16782842*    +MiraMed Revenue Group,    Dept. 77304,   PO Box 77000,   Detroit, MI 48277-2000
16782844*    +NCO Fin/09,   Po Box 15636,    Wilmington, DE 19850-5636
16782845*    +NCO Financial,    400 Lakeside Dr. , Ste. 200,   Horsham, PA 19044-2317
16782852*    +Paul DiAmbri,    300 Green Bay Rd,   Highwood, IL 60040-1305
16782853*    +Paul O' Keefe,    32 N. West Street,   Waukegan, IL 60085-8126
16782855*    +Penco Electric, Inc,    6342 W. Holbrook,   Chicago, IL 60646-4607
16782854*     Penco Electric, Inc,    c/o Bruce N. Wamboldt,   Morton Grove, IL 60053
16782857*    +Plaza Bank,   7460 W. Irving Park,    Chicago, IL 60706-2187
16782858*    +R&B Receivables,    860 Northpoint Blvd,   Waukegan, IL 60085-8201
16782861*    +RJA Instuation Co Inc,    c/o Gerald W. Saperstein,   4801 W Peterson,   Chicago, IL 60646-5713
16782865*    +Scott Offer,    254 Greenbay Road,   Highwood, IL 60040-1720
16782866*    +Seamus Kavanagn,    254 Greenbay Road,   Highwood, IL 60040-1720
16782867*    +Shaw Gussis Fishman Glantz,    321 North Clark Suite 800,   Chicago, IL 60654-4766
16782870*     State of Illinois Department of Revenue,    P.O Box 19035,   Springfield, IL 62794-9035
16654059    ##+Diversified Services Group,    PO Box 80185,   Phoenix, AZ 85060-0185
16782871    ##+Transworld Systems,    PO Box 1864,   Santa Rosa, CA 95402-1864
16782872    ##+Transworld Systems, Inc.,    Collection Agency,   25 Northwest PT Blvd,
              Elk Grove Village, IL 60007-1058
                                                                                             TOTALS: 2, * 31, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: cmendoza1            Page 3 of 4                  Date Rcvd: Dec 13, 2011
                               Form ID: pdf006            Total Noticed: 86
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 15, 2011**                    **Signature:**       _Joseph Speetjens_

```
District/off: 0752-1           User: cmendoza1            Page 4 of 4            Date Rcvd: Dec 13, 2011
                               Form ID: pdf006           Total Noticed: 86
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2011 at the address(es) listed below:
          Maria  Georgopoulos    on behalf of Creditor   Deutsche Bank National Trust Company, as trustee
           under the Pooling and Servicing Agreement dated as of September 1, 2002, Morgan Stanley Dean
           Witter Capital I Inc. Trust 2002-NC4 nd-four@il.cslegal.com
          Miriam R Stein    mrstein@arnstein.com,   jbmedziak@arnstein.com;mstein@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert J Adams     on behalf of Debtor Francesco Moore bankruptcy713@yahoo.com,
           bankruptcy714@gmail.com
                                                                                     TOTAL: 4

Case 11-00805   Doc 29   Filed 12/13/11   Entered 12/15/11 23:59:29   Desc Imaged
Certificate of Notice   Page 5 of 5