UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| MOORE, FRANCESCO | § | Case No. 11-00805 |
| MOORE, ELISA M | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    MIRIAM R. STEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

---

    3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/MIRIAM R. STEIN _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MIRIAM R. STEIN | | | | | |
| MIRIAM R. STEIN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Bank of America, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service SB/SE PO Box 7346 Philadelphia, PA 19101-7346 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State of Illinois Department of Revenue P.O Box 19035 Springfield, IL 62794-9035 | | | | | |
| 000010B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000011B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000001B | INTERNAL REVENUE SERVICE SB/SE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AmerAssist A/R Solutions, Inc PO Box 26095 Columbus, OH 43226 | | | | | |
| | Armor Systems Co. 1700 Kiefer Dr., Ste. 1 Zion, IL 60099 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Armor Systems Co. 1700 Kiefer Dr., Ste. 1 Zion, IL 60099 | | | | | |
| | Bridie McKennas Highwood, LLC 254 Greenbay Road Highwood, IL 60054 | | | | | |
| | Bridies McKennas Highwood, LLC 254 Greenbay Road Highwood, IL 60054 | | | | | |
| | Certified Services 1733 Washington St. Ste. 201 Waukegan, IL 60085 | | | | | |
| | Comcast PO Box 3002 Southeastern, PA 19398 | | | | | |
| | DDS Real Estate 425 HUEHL RD BLDG 21 NORTHBROOK, IL 60062 | | | | | |
| | Diversified Credit Systems PO Box 3424 Longview, TX 75606 | | | | | |
| | Diversified Services Group 5800 E. Thomas Rd Ste 107 Scottsdale, AZ 85251 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Diversified Services Group PO Box 80185 Phoenix, AZ 85060 | | | | | |
| | Highland Park Pediatric c/o R&B 860 S. Northpoint Blvd Waukegan, IL 60085 | | | | | |
| | IC System, Inc. 444 Highway 96 East Saint Paul, MN 55164 | | | | | |
| | IC System, Inc. 444 Highway 96 East Saint Paul, MN 55164 | | | | | |
| | IC System, Inc. 444 Highway 96 East Saint Paul, MN 55164 | | | | | |
| | James Kane 254 Greenbay Road Hignwood, IL 60054 | | | | | |
| | Litton Loan Servicing c/o McCalla Raymer, LLC Bankruptcy Dept. 1544 Old Alabama Rd. Roswell, GA 30076 | | | | | |
| | Martin & Karcazes, LTD 161 North Clark St Highwood, IL 60040 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medical Business Bureau 140 Renaissance Drive, Ste. 400 Park Ridge, IL 60068 | | | | | |
| | Medical Business Bureau 140 Renaissance Drive, Ste. 400 Park Ridge, IL 60068 | | | | | |
| | MiraMed Revenue Group Dept. 77304 PO Box 77000 Detroit, MI 48277 | | | | | |
| | NCO Fin/09 Po Box 15636 Wilmington, DE 19850 | | | | | |
| | NCO Financial 400 Lakeside Dr. , Ste. 200 Horsham, PA 19044 | | | | | |
| | Paul DiAmbri 300 Green Bay Rd Highwood, IL 60040 | | | | | |
| | Paul O' Keefe 32 N. West Street Waukegan, IL 60085 | | | | | |
| | Penco Electric, Inc 6342 W. Holbrook Chicago, IL 60646 | | | | | |
| | Penco Electric, Inc c/o Bruce N. Wamboldt Morton Grove, IL 60053 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Plaza Bank 7460 W. Irving Park Chicago, IL 60634 | | | | | |
| | R&B Receivables 860 Northpoint Blvd Waukegan, IL 60085 | | | | | |
| | RJA Instuation Co Inc c/o Gerald W. Saperstein 4801 W Peterson Chicago, IL 60646 | | | | | |
| | Scott Offer 254 Greenbay Road Highwood, IL 60054 | | | | | |
| | Seamus Kavanagn 254 Greenbay Road Highwood, IL 60055 | | | | | |
| | Shaw Gussis Fishman Glantz 321 North Clark Suite 800 Chicago, IL 60654 | | | | | |
| 000003 | AMERICAN MARKETING & PUBLISHING | | | | | |
| 000002 | ANAGNOS DOOR CO INC | | | | | |
| 000006 | COMPLETE ORTHOPAEDIC CARE | | | | | |
| 000009 | DDS REAL ESTATE, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | DEAN M. SCHACHT DDS | | | | | |
| 000012 | HIGHLAND PARK PEDIATRIC | | | | | |
| 000010A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000011A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000001A | INTERNAL REVENUE SERVICE SB/SE | | | | | |
| 000007 | NORTH SHORE EAR, NOSE, AND THROAT | | | | | |
| 000008 | O'BRILL COMPANY | | | | | |
| 000013 | PENCO ELECTRIC | | | | | |
| 000005 | SIGNS NOW | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: | 11-00805 ABG Judge: A. BENJAMIN GOLDGAR |
| Case Name: | MOORE, FRANCESCO |
| | MOORE, ELISA M |
| For Period Ending: | 03/19/13 |

| | |
|---|---|
| Trustee Name: | MIRIAM R. STEIN |
| Date Filed (f) or Converted (c): | 01/10/11 (f) |
| 341(a) Meeting Date: | 03/07/11 |
| Claims Bar Date: | 07/07/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 20.00 | 20.00 | | 0.00 | FA |
| 2. 5/3rd Bank, Checking Account Credti union with 4 | 1.00 | 1.00 | | 0.00 | FA |
| 3. Bank of America, Checking Account | 100.00 | 100.00 | | 0.00 | FA |
| 4. 6 rooms of furniture, appliances, computer equipme | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 5. Necessary wearing apparel | 100.00 | 100.00 | | 0.00 | FA |
| 6. Misc jewelry | 300.00 | 300.00 | | 0.00 | FA |
| 7. 23% ownership in Bridies McKennas Highwood, LLC, | 0.00 | 0.00 | | 7,500.00 | FA |
| 8. 2000 Ford ExcursionSport Utility 4D2000 Ford Excur | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 9. Ford 550 Dump Truck, 2000 (150,000) | 5,000.00 | 5,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.36 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $10,021.00 | $10,021.00 | | $7,500.36 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/11     Current Projected Date of Final Report (TFR): 03/31/12

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver: 17.01

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-00805 -ABG | Trustee Name: | MIRIAM R. STEIN |
| Case Name: | MOORE, FRANCESCO | Bank Name: | UNION BANK |
| | MOORE, ELISA M | Account Number / CD #: | *******0555 Checking Account |
| Taxpayer ID No: | *******4561 | | |
| For Period Ending: | 03/19/13 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/13/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 3.06 | | 3.06 |
| 12/12/12 | 300001 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | FINAL DISTRIBUTION CLAIM 0011B - ILLINOIS DEPT. OF REVENUE | 5800-000 | | 3.06 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3.06 | 3.06 | 0.00 |
| Less: Bank Transfers/CD's | 3.06 | 0.00 | |
| Subtotal | 0.00 | 3.06 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 3.06 | |

Page Subtotals  3.06  3.06

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-00805 -ABG | |
| Case Name: | MOORE, FRANCESCO | |
| | MOORE, ELISA M | |
| Taxpayer ID No: | *******4561 | |
| For Period Ending: | 03/19/13 | |

| | | |
|---|---|---|
| Trustee Name: | MIRIAM R. STEIN | |
| Bank Name: | Bank of America, N.A. | |
| Account Number / CD #: | *******0393  Money Market Account | |
| Blanket Bond (per case limit): | $ 100,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/16/11 | 7 | SCOTT OFFER JAMES KANE SEAMUS KAVANAGH | LIQUIDATION OTHER SCHED B PROPERTY | 1229-000 | 7,500.00 | | 7,500.00 |
| 05/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 7,500.03 |
| 06/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,500.09 |
| 07/29/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,500.15 |
| 08/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,500.22 |
| 09/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,500.28 |
| 10/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,500.34 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 9.56 | 7,490.78 |
| 11/09/11 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 7,490.80 |
| 11/09/11 | | Transfer to Acct #*******0458 | Final Posting Transfer | 9999-000 | | 7,490.80 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 7,500.36 | 7,500.36 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 7,490.80 | |
| Subtotal | 7,500.36 | 9.56 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 7,500.36 | 9.56 | |

Page Subtotals    7,500.36    7,500.36

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-00805 -ABG | | Trustee Name: | MIRIAM R. STEIN |
|---|---|---|---|---|
| Case Name: | MOORE, FRANCESCO | | Bank Name: | Bank of America, N.A. |
| | MOORE, ELISA M | | Account Number / CD #: | *******0458  Checking Account |
| Taxpayer ID No: | *******4561 | | | |
| For Period Ending: | 03/19/13 | | Blanket Bond (per case limit): | $   100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/09/11 | | Transfer from Acct #*******0393 | Transfer In From MMA Account | 9999-000 | 7,490.80 | | 7,490.80 |
| 02/06/12 | 003001 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | BLANKET BOND PREMIUM<br>PRO RATA SHARE OF TRUSTEE'S BLANKET BOND PREMIUM | 2300-000 | | 6.05 | 7,484.75 |
| 04/05/12 | 003002 | MIRIAM R. STEIN<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Compensation/Expense | | | 1,551.16 | 5,933.59 |
| | | | Fees           1,500.04 | 2100-000 | | | |
| | | | Expenses          51.12 | 2200-000 | | | |
| 04/05/12 | 003003 | Internal Revenue Service SB/SE<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000001B, Payment 20.28647% | 5800-000 | | 5,732.34 | 201.25 |
| 04/05/12 | 003004 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000010B, Payment 20.28640% | 5800-000 | | 198.19 | 3.06 |
| * 04/05/12 | 003005 | CLERK OF THE COURT | REMITTED TO COURT<br>FUNDS SUBSEQUENTLY DISBURSED TO<br>ILLINOIS DEPT. OF REVENUE FOR CLAIM<br> 0011B<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #     CLAIM #        DIVIDEND<br>================================<br> 14       000011B          3.06 | 5800-001 | | 3.06 | 0.00 |
| * 11/13/12 | 003005 | CLERK OF THE COURT | VOID | | | -3.06 | 3.06 |
| 11/13/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 3.06 | 0.00 |

Page Subtotals       7,490.80        7,490.80

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-00805 -ABG | | Trustee Name: | MIRIAM R. STEIN |
| Case Name: | MOORE, FRANCESCO | | Bank Name: | Bank of America, N.A. |
| | MOORE, ELISA M | | Account Number / CD #: | *******0458 Checking Account |
| Taxpayer ID No: | *******4561 | | | |
| For Period Ending: | 03/19/13 | | Blanket Bond (per case limit): | $ 100,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,490.80 | 7,490.80 | 0.00 |
| Less: Bank Transfers/CD's | 7,490.80 | 3.06 | |
| Subtotal | 0.00 | 7,487.74 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 7,487.74 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0555 | 0.00 | 3.06 | 0.00 |
| Money Market Account - ********0393 | 7,500.36 | 9.56 | 0.00 |
| Checking Account - ********0458 | 0.00 | 7,487.74 | 0.00 |
| | 7,500.36 | 7,500.36 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*